1 DANIEL G. BOGDEN
United States Attorney
2 Nevada State Bar Number 2137
MICHAEL A. HUMPHREYS
3 Assistant United States Attorney
Lloyd D. George United States Courthouse
4 333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
5 Telephone (702) 388-6336
Facsimile (702) 388-6787
6 Counsel for the United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) |
| $254,000.00 IN UNITED STATES CURRENCY; AND $35,000.00 IN UNITED STATES CURRENCY, | ) |
| Defendants. | ) |

**UNITED STATES' UNOPPOSED MOTION TO
CONTINUE THE DATE TO FILE ITS COMPLAINT FOR
<u>FORFEITURE *IN REM* IN THE ABOVE-CAPTIONED MATTERS</u>
(First Request)**

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada and Michael A. Humphreys, Assistant United States Attorney, respectfully moves this Court to grant it an extension of time of sixty (60) days, until and including January 3, 2010, with regard to the defendant designated as $35,000.00 in United States currency; and until and including January 8, 2010, with regard to the defendant designated as $254,000.00 to allow the United States to file its forfeiture complaint against those defendants.

The Government's Complaint is currently due on November 4, 2009, for the defendant designated as $35,000.00 in United States currency; and is due on November 9, 2009, for the defendant designated as $254,000.00 in United States currency. (Although the defendants were seized at different times and places on the same day, they were seized within the context of the same

criminal investigation; and Roberto Arreola-Rojas has filed a claim as to both defendants. Although the defendants were referred to the United States Attorney, by the seizing agency, with different internal numerical references, the government will file a single complaint against both defendants as arising out of the same criminal investigation and to which Mr. Arreola-Rojas is the sole administrative claimant.)

The Government requests the continuance because it continues to investigate the ownership, control and source of the currency, all important factors in meeting the "reasonable belief" standard (*See Fed. R. Civ. Pro. (Supp. Rules, G (2)(f))* necessary to file its forfeiture complaint, *in rem*. The Government has been investigating this matter since the seizure of the currencies; but additional time is needed to gather and review documents as well as talk to possible witnesses. Claimant, Roberto Arreola-Rojas, through his counsel, Richard A. Schonfeld, consents to this motion.

The Government, herewith, petitions this Court to extend the time for the Government to file its civil complaint with regard to the above-referenced matters, to allow the government time to complete its investigation.

Under 18 U.S.C. § 983(a)(3)(A), which states:

> [T]he Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims . . . , a court in the district in which a complaint will be filed may extend the period for filing a complaint for good cause shown or *upon agreement of the parties*. (emphasis added)

A district court has the authority under § 983(a)(3)(A) to extend the period for filing a Civil Complaint For Forfeiture *In Rem*.

On November 2, 2009, Arreola-Rojas's counsel, Richard A. Schonfeld, agreed to the extension of time and authorized counsel for the United States to file this unopposed motion with this Court. Because the parties have agreed that the Government should be allowed an extension of time to file its *In Rem* Complaint, the Government respectfully asks this Court to grant its motion.

This motion is not submitted solely for the purpose of delay or for any other improper purpose.

1  WHEREFORE, pursuant to 18 U.S.C. § 983(a)(3)(A), the United States moves this Court to grant it's motion to extend the time for the United States to file it's civil complaint in the above-captioned matters for an additional 60 days, or until January 3, 2010 for the $35,000.00; and until January 8, 2010 for the $254,000.00

DATED this 2nd day of November 2009.

                        Respectfully submitted,

                        DANIEL G. BOGDEN
                        United States Attorney

                        /s/Michael A. Humphreys
                        MICHAEL A. HUMPHREYS
                        Assistant United States Attorney

                        IT IS SO ORDERED:

                        UNITED STATES DISTRICT JUDGE
                        DATED: _____

**PROOF OF SERVICE**

I, Maliece Troth, certify that Claimant's counsel, Richard A. Schonfeld, was served with the foregoing Government's Motion To Continue on November 2, 2009, by the below identified method of service:

<u>U.S. Mail</u>

Richard A. Schonfeld
Chesnoff and Schonfeld
520 S. Fourth St.,
Las Vegas, Nv 89101

/s/MalieceTroth
MALIECE TROTH
Forfeiture Support Associates, Paralegal